Robert A. Von Villas, E12285
Name and Prisoner/Booking Number
Mule Creek State Prison
Place of Confinement
4001 Highway 104, C13-234
Mailing Address
Ione, CA 95640
City, State, Zip Code

FILED
MAY 10 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT A. VON VILLAS,
(Full Name of Plaintiff)
Plaintiff,

v.

(1) J. ALTSCHULER, et al.,
(Full Name of Defendant)
(2) ,
(3) ,
(4) ,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:20-cv-0294-KJN P
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER
"Amended Complaint"

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☐ Other: ______.

2. Institution/city where violation occurred: Mule Creek State Prison.

## B. DEFENDANTS

1. Name of first Defendant: J. Altschuler. The first Defendant is employed as: Correctional Lieutenant (Position and Title) at Mule Creek State Prison (Institution).

2. Name of second Defendant: M. Rhode. The second Defendant is employed as: Correctional Sergeant (Position and Title) at Mule Creek State Prison (Institution).

3. Name of third Defendant: ____________. The third Defendant is employed as: ____________ (Position and Title) at ____________ (Institution).

4. Name of fourth Defendant: ____________. The fourth Defendant is employed as: ____________ (Position and Title) at ____________ (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? 1. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: Robert A. Von Villas v. M. Pallares, T. Akin, & S. Heberling
   2. Court and case number: U.S. Dist. Ct. Eastern Dist. 1:13-cv-01869-LJO-JLT(PC).
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Stipulation for Voluntary Dismissal with Prejudice.

b. Second prior lawsuit:
   1. Parties: ____________ v. ____________
   2. Court and case number: ____________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ____________.

c. Third prior lawsuit:
   1. Parties: ____________ v. ____________
   2. Court and case number: ____________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ____________.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Plaintiff denied his right to Due Process under the 14th Amendment to the U.S. Constitution.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☒ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 8/7/19 during plaintiff's disciplinary hearing he was charged with Battery on Inmate with Serious Bodily Injury (SBI), which allegedly occurred on 6/25/19. Lt. Altschuler (Deft.) found plaintiff guilty of "fighting" without any physical or witness evidence plaintiff ever hit Inmate Nash (alleged victim) with his fist. Prior to the 8/7/19 hearing plaintiff requested, in writing, all non-confidential statements related to the alleged battery, security video and its preservation, and provided a written list of witnesses requested for plaintiff's hearing. Deft. Lt. Altschuler, denied security video, provided only selected witness statements, and denied both plaintiff's written witness list, and verbal request during the hearing for witnesses, including the only witness present at the time of the alleged battery.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Deft. Altschuler's denial of witnesses, witness statements, and security video (Claim IV) denied plaintiff a proper defense, due process, and a fair hearing.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______________.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Defendant Altschuler deprived plaintiff's Due Process right under the 14th Amendment to the U.S. Constitution.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☒ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 8/21/19, plaintiff received a copy of Deft. Altschuler's Disciplinary Hearing Results. Within the report Deft. Altschuler states no witnesses were requested by plaintiff. Plaintiff unequivocally asserts Deft. Altschuler statement is false. Deft. Altschuler report states plaintiff was issued a Confidential Information Disclosure form (CID) on 7/6/19, authored by Deft. Sgt. Rhode which states the battery occurred on 6/27 (not 6/25), and Inmate Tuggle caused Nash's injuries. Deft. Altschuler omitted Deft. Rhodes investigative findings from the hearing results, and during plaintiff's hearing. Deft. Altschuler failed to state, as required by the Title 15, why he denied plaintiff's written and verbal request for witnesses, or why he failed to address Deft. Rhodes CID investigation findings.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Deft. Altschuler's falsified legal document stating plaintiff did not request witnesses, and omitting contradicting evidence, denied Due Process and fair and unbiased hearing.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ________.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Denied Due Process under the 14th Amendment to the U.S. Constitution.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☒ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: ______.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

In a 7/5/19, Rules Violation Report (RVR) authored by Deft. Sgt. Rhodes, charging plaintiff with Battery with SBI, Deft. Rhode failed to state how and who caused SBI to alleged victim, Nash. In a 7/30/19 CID, provided to plaintiff less than 24 hours before his hearing, Deft. Rhode stated his investigation determined the battery actually occurred on 6/27/19; that plaintiff struck Nash with a closed fist, sending him backwards into Inmate Tuggle, who pushed Nash forward into a metal structure, causing Nash to suffer two broken ribs... Plaintiff avers Deft. Rhode's statement is false and there is no reliable evidence to corroborate it. There is also no witness or corroborative evidence plaintiff hit Nash with a closed fist, or hit him at all. Deft. Rhode's CID was used, in part, to find plaintiff guilty of fighting. On 8/7/19, Tuggle was found not guilty of all charges.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Deft. Rhode's false unsupported statements, used in part against plaintiff, denied Due Process and a fair hearing.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

**CLAIM IV**

1. State the constitutional or other federal civil right that was violated: Plaintiff denied Due Process guaranteed by the 14th Amendment to the U.S. Constitution.

2. **Claim IV.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☒ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: ______.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim IV. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 7/5/19, plaintiff and inmate Tuggle were charged with battery with SBI that the allegedly occurred on 6/25/19. Plaintiff avows there were only two witnesses to the alleged "battery"; Tuggle, and the E19 A-side surveillance video; 30 feet directly across from the alleged incident with an unobstructed view of the A201 pod 4'x3' windows, and tier area. Four written requests were submitted prior to plaintiff's RVR hearing; facility captain, lieutenant, building officers, and ISU. Plaintiff stated the video was exculpatory, and requested to view the video, and that it be preserved to protect due process for appeal and court, if necessary. No video was made available by Deft. Altschuler for plaintiff's RVR hearing. An ISU officer at plaintiff's ICC hearing stated plaintiff could only view the video if it was being used against him. On 3/25/20, ISU officer L. Mercado stated the video was not preserved.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

The intentional destruction of evidence after four requests it be preserved for court denied plaintiff exculpatory evidence, and his basic right of Due Process.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim IV? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim IV to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff respectfully prays the Court grant the following relief:

1. Issue an injunction ordering Defendant Altschuler or his agent to expunge the disciplinary conviction for "Fighting" and all related reports described in this complaint from Plaintiff's institutional record;
2. Award Plaintiff the costs of suit and reasonable attorney fees; and
3. Grant such other relief as it may appear the Plaintiff is entitled.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2021
DATE

Robert A. Von Villas
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT VON VILLAS
Plaintiff,

v.

J. ALTSCHULER, et al.,
Defendants.

Case Number: 2:20-cv-0294 KJN P

PROOF OF SERVICE

I hereby certify that on 5-5-2021, I served a copy of the attached Amended Civil Rights Complaint, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at
Mule Creek State Prison
4001 Hwy 104
Ione, CA 95640:

(List Name and Address of Each Defendant or Attorney Served)

United States District Court
Eastern District
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct.

R. Von Villas

(Signature of Person Completing Service)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT A. VON VILLAS,

Plaintiff,

v.

J. ALTSCHULER, et al.,

Defendants.

No. 2:20-cv-2094 KJN P

NOTICE OF AMENDMENT

Plaintiff hereby submits the following document in compliance with the court's order filed April 14, 2021.

Amended Complaint

DATED: May 3, 2021

Robert A. Von Villas
Plaintiff