IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT A. VON VILLAS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. ALTSCHULER, ET AL.,**<br><br>　　　　　　　　　　　Defendant. | Case No.:  2:20-cv-02094-KJN P<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR A CONTINUANCE OF THE JANUARY 6, 2022, SETTLEMENT CONFERENCE** |

　　　Having read and considered Defendants J. Altschuler and M. Rhodes' ("Defendants") *ex parte* application for a continuance regarding the January 6, 2022, settlement conference, the Declaration of Deputy Attorney General Kandice H. Jung supporting the application (see ECF No. 17), and for good cause appearing, Defendants' *ex pate* application is **GRANTED**.

　　　Accordingly, **IT IS HEREBY ORDERED THAT**:

　　　1.　Defendants' *ex parte* application for a continuance of the January 6, 2022, settlement conference (ECF No. 17) is **GRANTED**;

/ / /

/ / /

/ / /

1

2. The settlement conference is reset to February 8, 2022, at 9:00 a.m. by remote means.

**IT IS SO ORDERED.**

Dated: December 28, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:20-cv-02094-KJN P)