IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT A. VON VILLAS,**<br><br>Plaintiff,<br><br>v.<br><br>**J. ALTSCHULER, ET AL.,**<br><br>Defendant. | 2:20-cv-02094-KJN<br><br>[~~**PROPOSED**~~] **ORDER GRANTING DEFENDANTS' SUPPLEMENTAL REQUEST REGARDING** *EX PARTE* **APPLICATION FOR A CONTINUANCE OF THE JANUARY 6, 2022 SETTLEMENT CONFERENCE [ECF NO. 17]** |

Having read and considered Defendants J. Altschuler and M. Rhodes' ("Defendants") supplemental request regarding their previously filed *ex parte* application for a continuance regarding the January 6, 2022 settlement conference, the Declaration of Deputy Attorney General Kandice H. Jung supporting the application, and for good cause appearing, Defendants' supplemental request is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendants' supplemental request regarding a continuance of deadline for the parties' confidential settlement conference statements is **GRANTED**;

/ / /

/ / /

2. The parties' confidential settlement conference statements must be submitted no later than seven days before the settlement conference.

**IT IS SO ORDERED.**

DATED: January 3, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE