IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT A. VON VILLAS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. ALTSCHULER, ET AL.,**<br><br>　　　　　　　　　　　Defendant. | 2:20-cv-2094 KJN P<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(ii))** |

　　Having read and considered the stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Plaintiff Robert A. Von Villas and Defendants J. Altschuler and M. Rhode, the stipulation is **GRANTED**.

　　Accordingly, **IT IS HEREBY ORDERED** that:

　　1. The entire matter is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

　　2. Each party shall bear its own litigation costs and attorney's fees.

Dated:  February 15, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/vonv2094.dis